# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER J WESTON**                                                                           **PLAINTIFF**
**ADC #147398**

**v.**                              **CASE NO. 3:21-CV-00057-BSM**

**MICHAEL S COCHRAN,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 6] is adopted. Defendants Page, Moreno, Davis, Brown, Jarracceil, Straughn, Blake, Minor, Cowell, Boggs, Morris, Harraway, and Doe are dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE