UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER J. WESTON
ADC #147398                                                                                        PLAINTIFF

V.                                  No. 3:21-cv-00057-BSM-JTR

MICHAEL S. COCHRAN, Correctional Sergeant,
Grimes Unit, ADC, *et al*.                                                                     DEFENDANTS

## ORDER

On May 10, 2022, the summons issued to Defendant Sergeant Michael Cochran ("Cochran") was returned unexecuted, with a notation that he was no longer employed at the Arkansas Division of Correction ("ADC"). *Doc. 9*. The Clerk is therefore directed to issue a new summons for Cochran, and the United States Marshal is directed to serve the summons, Complaint (*Doc. 2*), Screening Order (*Doc. 5*), and this Order on him, at his **sealed** last known mailing addresses. *See Doc. 9*.

DATED this 13th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE