UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER J. WESTON                                                      PLAINTIFF
ADC #147398

V.                          No. 3:21-CV-00057-BSM-JTR

MICHAEL S. COCHRAN, Correctional
Sergeant, Grimes Unit, ADC, *et al*.                                       DEFENDANTS

## ORDER

On May 17, 2022, mail sent to Plaintiff Christopher J. Weston ("Weston") at his address of record, the Grimes Unit of the Arkansas Division of Correction ("ADC"), was returned undelivered, marked "Return to Sender[;] Not Deliverable as Addressed[;] Unable to Forward," and stamped by ADC as "Paroled." *Doc. 11*. Weston has not provided the Court with a change of address. The Court has previously notified him of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3*.

IT IS THEREFORE ORDERED THAT:

1. If Weston wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address.

2. If Weston does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 19th day of May, 2022.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE