IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER J WESTON**  **PLAINTIFF**
ADC #147398

v.                  **CASE NO. 3:21-CV-00057-BSM**

**MICHAEL S COCHRAN,** *et al.*  **DEFENDANTS**

## ORDER

Christopher Weston has failed to provide notice of his current mailing address and the time to do so has expired. *See* Doc. No. 12. Moreover, his mail continues to be returned undelivered. Doc. Nos. 13–15. This case is therefore dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE