IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER J WESTON                                      PLAINTIFF
ADC #147398

v.                          CASE NO. 3:21-CV-00057-BSM

MICHAEL S COCHRAN, *et al.*                               DEFENDANTS

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE