IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER J WESTON**                                                    **PLAINTIFF**

v.                              **CASE NO. 3:21-CV-00057-BSM**

**MICHAEL S COCHRAN,** *et al.*                                             **DEFENDANTS**

## ORDER

Christopher Weston's motion to continue [Doc. No. 21] is denied.  This case was dismissed on June 22, 2022.  *See* Doc. Nos. 17 and 18.  The clerk is directed to send Weston a copy of this order and the docket sheet.

IT IS SO ORDERED this 4th day of October, 2023.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE